DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRIS KEITH,ESQ.**
Appellant,

v.

**JENNY EVY RIDDLE, ALAN TAYLOR RIDDLE,**
and **THE PLANK FACTORY, INC.**
Appellees.

No. 4D17-1214

[December 7, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2015-DR-012457-XXXX-NB-FI.

Chris Keith, Okeechobee, for appellant.

Andrew B. Greenlee of Andrew B. Greenlee, P.A., Sanford, for appellee, The Plank Factory, Inc.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***